AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Alexander Erlandsson <br><br> *Plaintiff(s)* <br> v. <br> Harbor Freight Tools USA, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  3:25-cv-01796-YY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Harbor Freight Tools USA, Inc.
c/o Corporate Creations Network Inc.
1521 Concord Pike Suite 201
Wilmington, DE 19803


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shawn Kolitch
Kolitch Romano Dascenzo Gates LLC
621 SW Morrison #1100
Portland, OR 97205


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN**, *Clerk of Court*

Date: 10/02/2025                    By: s/G. Davis, Deputy Clerk